# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAMIAN MICHAEL DAWSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )   Case No. CIV-06-806-F |
| | ) |
| JOSEPH SCIBANA, WARDEN, | ) |
| | ) |
| Respondent. | ) |

## **O R D E R**

On September 25, 2006, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation, wherein she recommended that petitioner, Damian Michael Dawson's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 be summarily dismissed. Magistrate Judge Couch specifically advised petitioner of his right to object to the Report and Recommendation by October 16, 2006. She further advised petitioner that any failure to timely object to the Report and Recommendation waives the right to appellate review of both factual and legal issues therein contained.

To date, no objection to the Report and Recommendation has been filed. In addition, no request for an extension of time to file an objection has been filed. With no objection being filed by petitioner, the court accepts, adopts, and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Valerie K. Couch on September 25, 2006 (doc. no. 14) is

**ACCEPTED**, **ADOPTED**, and **AFFIRMED**.  Petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED**.

Entered this 31st day of October, 2006.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

06-0806p002(pub).wpd